# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM BASCETTA et al., and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>VISION SOLAR, LLC,<br><br>     Defendant.. | CIVIL ACTION<br><br>Case No.: 1:23-cv-2010-KMW-AMD |

## JOINT STIPULATION TO EXTEND
## DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Tom Bascetta, Ar-Rahman Buskey, Sandra Cuenca, Xiroyma Disla, Deborah Donahue, Brian Fahey, Shawn Froment, Carlyn Hastraiter, Lyndsey Henderson, Stephanie Lupien, Dennis Lupien, Matthew McClelland, Nicola Noralus, Darlene Pagano, Evelyn Perez, Jorge Perez, Karen Quantz, Gregg Rorris, Janice Schmidt, Joe Schmidt, Danielle Stevens, and Chris Underwood, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") and Defendant Vision Solar LLC ("Vision Solar" or "Defendants") (together with Plaintiffs, the "Parties") stipulate and agree to the following:

  1.  Plaintiffs filed their Complaint, ECF No. 1, in this matter on or about April 10, 2023.

  2.  Plaintiffs served their Complaint on Defendant on or about April 13, 2023. *See* ECF No. 4.

  3.  Pursuant to the Federal Rules of Civil Procedure, Defendant's responsive pleading would be due twenty one (21) days from the date of service, or Thursday, May 4, 2023.

4. On April 28, 2023, counsel for Plaintiffs and Defendant corresponded and Plaintiffs agreed to provide a thirty-day extension of Defendants' response deadline.

5. As such, the Parties agree and stipulate that Defendant's deadline to respond to Plaintiffs' Complaint shall be Monday, June 5, 2023.

6. The Parties submit this stipulation jointly and respectfully request the Court enter an order extending Defendant's deadline to file its response to Plaintiffs' Complaint.

SO STIPULATED:

/s/ *Ian W. Sloss*  
Ian W. Sloss  
*Counsel for Plaintiffs*  
Date: May 3, 2023

/s/ *Brett A. Berman*  
Fox Rothschild LLP  
*Counsel for Vision Solar*  
Date: May 3, 2023