**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TOM BASCETTA et al., and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>VISION SOLAR, LLC,<br><br>      Defendant.. | CIVIL ACTION<br><br>Case No.: 1:23-cv-2010-KMW-AMD |

**[PROPOSED] ORDER**

AND NOW, this \_\_\_\_ day of _____, 2023, upon consideration of the Stipulation of Plaintiffs and Defendant to extend Defendant's deadline to respond to Plaintiffs' Complaint, it is hereby **ORDERED** and **DECREED** that Defendant shall respond to Plaintiffs' Complaint, ECF No. 1, on or before June 5, 2023.

                 **BY THE COURT:**

                 _____
                        **J.**