IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM BASCETTA et al., and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>VISION SOLAR, LLC,<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>Case No.: 1:23-cv-2010-KMW-AMD<br><br>**MOTION DAY: JULY 3, 2023** |

**DEFENDANT VISION SOLAR, LLC'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION AND DISMISS THE COMPLAINT
OR, IN THE ALTERNATIVE, STAY PENDING INDIVIDUAL ARBITRATION**

Defendant Vision Solar, LLC ("Vision Solar" or "Defendant"), by and through its undersigned counsel, respectfully submits this Motion, and Memorandum of Law which is incorporated herein, to Compel Individual Arbitration and Dismiss the Complaint filed by twenty-two named Plaintiffs; Tom Bascetta, Ar-Rahman Buskey, Sandra Cuenca, Xiroyma Disla, Deborah Donahue, Brian Fahey, Shawn Froment, Carlyn Hastraiter, Lyndsey Henderson, Stephanie Lupien, Dennis Lupien, Matthew McClelland, Nicola Noralus, Darlene Pagano, Evelyn Perez, Jorge Perez, Karen Quantz, Gregg Rorris, Janice Schmidt, Joe Schmidt, Danielle Stevens, and Chris Underwood, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs").

Plaintiffs' lawsuit is nothing more than multiple breach of contract claims that must be adjudicated by arbitration on an individual and not class basis. Plaintiffs' entire case is based upon Vision Solar's purported fraudulent misrepresentations that supposedly induced Plaintiffs to enter into individual contracts for the purchase and installation of home solar energy systems. The contracts at issue, consisting of a Residential Sales Agreement ("Sales Agreement") and

Addendum, which Plaintiffs failed to attach to their Complaint, included several critical provisions that Plaintiffs conspicuously ignore. One of the provisions contained in the Addendum to the Sales Agreement is an express agreement to arbitrate that is clear, unambiguous, and enforceable under the Federal Arbitration Act. Plaintiffs may argue that the arbitration provision is not enforceable because the contract was void *ab initio*. However, such arguments fail under the severability doctrine because arbitration provisions are severable and independently enforceable. Any determination as to the contract being voided due to fraud must be made by an arbitrator, and arbitration must be compelled in this case.

Further, once the Court considers the terms of the Sales Agreement and Addendum, Plaintiffs claims for fraudulent inducement, unjust enrichment, and violations of consumer protection laws fail. In essence, Plaintiffs claim they were led to believe they would save more money on energy costs and receive a larger tax deduction than they actually did, because Vision Solar spent an unreasonable amount of time to connect the solar systems to the energy grid. In doing so, Plaintiffs seek to enforce specific terms of the legitimate contract entered into by the Parties, yet at the same time ignore those portions of the agreement which belie their allegations. Indeed, Plaintiffs were told in the contract itself that Vision Solar estimations as to potential tax and energy savings should not be relied upon, and they should consult with a tax or accounting professional. Further, Plaintiffs expressly warranted that they did not rely upon any statements or representations of Vision Solar in entering into the Sales Agreement and Addendum. As such, Plaintiffs have not established claims that necessarily depend upon fraudulent misrepresentations and their claims must be dismissed.

Dated: June 5, 2023                           Respectfully submitted:

                                                **FOX ROTHSCHILD LLP**

By: /s/ *Brett A. Berman*
     Brett A. Berman
     2000 Market Street
     20th Floor
     Philadelphia, PA 19103-3222
     Telephone: (215) 299-2842
     Fax: (215) 299-2150
     bberman@foxrothschild.com

     Colin D. Dougherty
     Samuel A. Haaz
     980 Jolly Road, Suite 110
     Blue Bell, PA 19422
     Telephone: (610) 397-6500
     Fax: (610) 397-0450
     cdougherty@foxrothschild.com
     shaaz@foxrothschild.com

     *Attorneys for Defendant Vision Solar, LLC*

## **CERTIFICATE OF SERVICE**

I, Brett A. Berman, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon the following:

Zachary A. Rynar
Ian W. Sloss
Steven L. Bloch
Krystyna D. Gancoss
Brett Burgs
SILVER GOLUB & TEITELL LLP
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
zrynar@sgtlaw.com
isloss@sgtlaw.com
sbloch@sgtlaw.com
kgancoss@sgtlaw.com
bburgs@sgtlaw.com


CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Court
Hartford, Connecticut 06106
(860) 263-0741
(860) 247-4236 (fax)
jgentes@ctfairhousing.org
*Attorney for Plaintiff*

By: /s/ Brett A. Berman
    Brett A. Berman

Dated: June 5, 2023