# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM BASCETTA et al., and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>VISION SOLAR, LLC,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br><br>Case No.: 1:23-cv-2010-KMW-AMD |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, after consideration of the Defendant Vision Solar, LLC's Motion to Compel Individual Arbitration and Dismiss or the Complaint or Stay the Proceedings, and any opposition thereto, and for good cause shown, it is hereby ORDERED and DECREED that Defendant's Motion is GRANTED and Plaintiffs' case is DISMISSED.  Plaintiffs must file their claims by arbitration in compliance with he Arbitration Agreement in an individual and not on a class-wide basis.  IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

146405554.1