UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM BASCETTA, AR-RAHMAN BUSKEY, SANDRA CUENCA, DEBORAH DONAHUE, XIROYMA DISLA, BRIAN FAHEY, SHAWN FROMENT, CARLYN HASTREITER, LYNDSEY HENDERSON, DENNIS LUPIEN, STEPHANIE LUPIEN, MATTHEW MCLELLAND, NICOLA NORALUS, DARLENE PAGANO, EVELYN PEREZ, JORGE PEREZ, KAREN QUANTZ, GREG RORRIS, DANIELLE STEVENS, JANICE SCHMIDT, JOE SCHMIDT, and CHRIS UNDERWOOD, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SOLAR, LLC,<br><br>Defendant. | Case No. 1:23-CV-2010<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1) |

Plaintiffs Tom Bascetta, Ar-Rahman Buskey, Sandra Cuenca, Deborah Donahue, Brian Fahey, Shawn Froment, Carlyn Hastraiter, Lyndsey Henderson, Stephanie Lupien, Dennis Lupien, Matthew McClelland, Nicola Noralus, Darlene Pagano, Evelyn/Jorge Perez, Karen Quantz, Gregg Rorris, Janice Schmidt, Joe Schmidt, Danielle Stevens, and Chris Underwood hereby give notice of their voluntary dismissal without prejudice of Defendant Vision Solar, LLC, pursuant to Rule 4l(a)(l) of the Federal Rules of Civil Procedure.

Defendant has not filed an answer or motion for summary judgment as of this time.

DATED: June 22, 2023          Respectfully submitted,

                                        */s/ Zachary A. Rynar*

Zachary A. Rynar
Ian W. Sloss (*pro hac vice* forthcoming)
Steven L. Bloch (*pro hac vice* forthcoming)
Krystyna D. Gancoss (*pro hac vice* forthcoming)
Brett Burgs (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
zrynar@sgtlaw.com
isloss@sgtlaw.com
sbloch@sgtlaw.com
kgancoss@sgtlaw.com
bburgs@sgtlaw.com

Jeffrey Gentes (*pro hac vice forthcoming*)
**CONNECTICUT FAIR HOUSING CENTER**
60 Popieluszko Court
Hartford, Connecticut 06106
(860) 263-0741
(860) 247-4236 (fax)
jgentes@ctfairhousing.org